UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                    :

DESTINI MITCHELL-MURRAY, LAUREN GRIER,   :
AXYA HAUGHTON, RON KORT, and MICHAEL    :
FAVOR,                                      :        26-CV-03678 (JAV) (SDA)
                    :

             Plaintiffs        :           ORDER
                    :

         -v-                :

TAO GROUP HOSPITALITY d/b/a MARQUEE NEW  :
YORK NIGHTCLUB,                    :

            Defendant.      :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

By separate Order today, the Court is referring this case to the assigned Magistrate Judge

for general pretrial purposes to manage scheduling, discovery, non-dispositive pretrial motions

and settlement matters.

To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster

disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are

willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the

assigned Magistrate Judge.  Any appeal from a Magistrate Judge's decision following consent is

directly to the United States Court of Appeals for the Second Circuit in the same way that an

appeal from a District Judge's decision would be taken.

If all parties consent to proceed before the Magistrate Judge, counsel for Defendant must,

**within two weeks of the entering an appearance**, file on ECF a fully executed Notice,

Consent, and Reference of a Civil Action to a Magistrate Judge form, which is available at

https://www.nysd.uscourts.gov/node/754. If the Court approves that form, all further proceedings

will then be conducted before the assigned Magistrate Judge rather than before the undersigned.

If any party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter **within two weeks of the date on which Defendant enters an appearance**, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**. There will be no adverse consequences if the parties do not consent to proceed before the Magistrate Judge.

SO ORDERED.

Dated: May 27, 2026
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2

AO 85 (Rev. 02/17)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
### for the

_____
)
_Plaintiff_
)
v.
)  Civil Action No.
)
_____
)
_Defendant_
)

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

_Notice of a magistrate judge's availability._  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

_Consent to a magistrate judge's authority._  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| _Printed names of parties and attorneys_ | _Signatures of parties or attorneys_ | _Dates_ |
|---|---|---|
| | | |
| | | |
| | | |

## Reference Order

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____              _____
                                                              _District Judge's signature_

                                                              _____
                                                              _Printed name and title_

Note:    Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.

**Print**    **Save As...**    **Reset**