**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Destini Mitchell-Murray, et al.,**

**Plaintiffs,**

**-against-**

**Tao Hospitality Group d/b/a Marquee New York Night Club,**

**Defendant.**

**1:26-cv-03678 (JAV) (SDA)**

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (Order of Reference, ECF No. 6.) The Court shall hold a telephone conference on Tuesday, August 25, 2026, at 11:30 a.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

If Plaintiff's counsel has been in communication with Defendant, Plaintiff's counsel shall advise Defendant of the scheduling of the conference and forward a copy of this Order. If Defendant has not appeared as of the date of the telephone conference, Plaintiff still is required to appear.

**SO ORDERED.**

Dated: New York, New York
August 5, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge