JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Main
(212) 972-3213 Fax
jacksonlewis.com

August 21, 2026

**VIA ECF**

Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. The telephone conference currently scheduled for Tuesday, August 25, 2026, is hereby adjourned to Thursday, October 22, 2026, at 11:00 a.m. SO ORDERED.
Dated: August 21, 2026

**Re: Mitchell-Murray et al. v. 289 Hospitality, LLC**
**Case 1:26-cv-3678**

Dear Judge Aaron:

This office represents Defendant 289 Hospitality, LLC ("Defendant") in connection with the above-referenced matter. Defendant jointly submit this letter with Plaintiff's counsel to request the adjournment of the Initial Conference, currently scheduled for August 25, 2026 (ECF # 8). Plaintiffs have amended their complaint and the Answer to the operative complaint is currently due October 5, 2026 (ECF #10). Accordingly, inasmuch as the responsive pleading has yet to be filed, the Parties request the Initial Conference be adjourned to a date convenient to the Court after the responsive pleading is due. This is the Parties' first request for an extension, and no other scheduled dates are impacted by the adjournment of the Initial Conference. Counsel for Plaintiffs and Defendant are available on October 19, 2026 or October 22, 2026.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Shannon D. Azzaro*

Shannon D. Azzaro

cc: All Counsel of Record (Via ECF)