**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Destini Mitchell-Murray, et al.,**

**Plaintiffs,**

**-against-**

**298 Hospitality, LLC,**

**Defendant.**

**1:26-cv-03678 (JAV) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today with the parties, and for the reasons stated on the record, it is hereby ORDERED, as follows:

1. Initial disclosures are due no later than Thursday, November 5, 2026.
2. The deadline for amended pleadings and joinder of additional parties is Thursday, November 5, 2026.
3. The fact discovery deadline is Friday, February 19, 2027.
4. The expert discovery deadline is Monday, April 5, 2027.

**SO ORDERED.**

Dated: New York, New York
October 22, 2026

Stewart d. Aaron
STEWART D. AARON
United States Magistrate Judge